# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CRYSTAL DOMANGUE

VERSUS

HOUSTON SPECIALTY INSURANCE
COMPANY, GULF INLAND
CONTRACTORS, INC., AND
ARMAND VINCENT

NO.  2025 CW 0612

**SEPTEMBER 8, 2025**

---

In Re:    Crystal Domangue, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Assumption, No.
          38951.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** This court requires a copy of any evidence admitted at the hearing and the transcript of the pertinent hearing.

Supplementation of this writ application and/or application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the requested transcript, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before October 8, 2025, and must contain a copy of this ruling.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT